IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Deandrea Anderson | ) | 23 B 06480 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge Thorne |

### NOTICE OF OBJECTION

Please take notice that the Glenn Stearns, Chapter 13 Trustee objects to the Debtors' motion to impose automatic stay:

1) The motion refences that the debtor has agreed to have the plan payments withheld from her paycheck.
2) However, no payroll deduction order has been filed in this case as of May 23, 2023.
3) This is the debtor's 8th Chapter 13 filing since 2015.

Glenn Stearns, Trustee;

_____/s/_____
By: Gerald Mylander

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532